Submitted on remand from the Oregon Supreme Court May 27, affirmed
August 17, 1988

In the Matter of the Compensation of
Dawn White, Claimant.

## NORTH CLACKAMAS SCHOOL DIST.,
*Petitioner - Cross-Respondent,*

*v.*

## WHITE,
*Respondent - Cross-Petitioner.*

(WCB 83-09151; CA A36411)

758 P2d 893

Jerald P. Keene and Roberts, Reinisch & Klor, P.C., Portland for petitioner - cross-respondent.

Donald E. Beer and Galton, Popick & Scott, Portland, for respondent - cross-petitioner.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

This case is on remand from the Supreme Court for determination of whether insurer's denial of the need for further medical care for claimant's hip condition was proper. *North Clackamas School Dist. v. White,* 305 Or 48, 750 P2d 485, *modified* 305 Or 468, 752 P2d 1210 (1988). In our previous opinion, 85 Or App 560, 737 P2d 649 (1987), we reversed the Workers' Compensation Board and held that claimant's medical benefits claim was barred by *res judicata.*

After *de novo* review of the record, we conclude that claimant's need for medical treatment for her hip condition is related to her industrial accident and is compensable.

Affirmed.